**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 00-30270**

**PATRICIA M. KAHN,**

**Plaintiff-Appellant,**

**VERSUS**

**LAWRENCE H. SUMMERS, Secretary of**
**the Treasury,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Eastern District of Louisiana
(98-CV-2652-J)

December 4, 2000

Before HIGGINBOTHAM and DeMOSS, Circuit Judges, and KENT[*], District
Judge.

PER CURIAM:[**]

Patricia M. Kahn ("Khan") appeals from a final judgment
entered by the district court, Judge Carl J. Barbier presiding,
which granted summary judgment to the defendant Lawrence Summers,

---

[*] The Honorable Samuel B. Kent, District Judge for the Southern
District of Texas, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Secretary of the United States Department of the Treasury ("the Secretary") with respect to her claims of unlawful age and gender discrimination. The district court granted summary judgment after concluding that Kahn failed to present a cognizable claim of disparate treatment discrimination based on gender, age, or retaliatory animus because none of the adverse actions claimed involved "ultimate employment decisions" and because they never contributed to a single adverse personnel action. The district court also concluded that Kahn's alleged harassment was not severe or pervasive enough to have interfered with her performance or to have created an objectively hostile or abusive work environment.

Having carefully reviewed the entire record of this case, and having fully considered the parties' respective briefing on the issues in this appeal, we AFFIRM the judgment of this district court for the reasons stated by the district court in its order.

**AFFIRMED.**